# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ALONZO HAMPTON**  **PLAINTIFF**
*ADC #137559*

V.  NO.: 4:25-CV-214-DPM-ERE

**KATHERN SHULAR,** *et al*  **DEFENDANTS**

## SCHEDULING ORDER

If Defendants Shular, Knodei, Ables, and Corey intend to pursue the defense, pursuant to the Prison Litigation Reform Act,[1] that Plaintiff failed to exhaust his administrative remedies before filing this lawsuit, they must raise the issue in a motion for summary judgment filed no later than **June 30, 2025**.[2]

All merits-related discovery is stayed until the Court resolves any exhaustion issues.

So Ordered 18 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* 42 U.S.C. § 1997e(a).
[2] If Defendants do not intend to pursue an exhaustion defense, they should notify the Court so that the discovery stay can be lifted and a merits summary judgment deadline can be set.