IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALONZO HAMPTON**  **PLAINTIFF**
**ADC #137559**

V.  NO. 4:25-cv-214-DPM-ERE

**KATHREN SHULER,** *et al.*[1]  **DEFENDANTS**

## ORDER

On March 10, 2025, *pro se* plaintiff Alonzo Hampton, an Arkansas Division of Correction inmate formerly incarcerated at the Dallas County Detention Center ("Detention Center"), filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*.

On June 30, 2025, Defendants Kathren Schuler, Michael Knoedl, and Jordan Ables filed a motion for summary judgment, brief in support, and statement of undisputed facts arguing that Mr. Hampton failed to fully exhaust his administrative remedies regarding his claims against them before filing this lawsuit. *Docs. 12, 13, 14*. On July 1, 2025, the Court provided Mr. Hampton until July 28, 2025, to file his response to the Defendants' motion, including a separate statement of undisputed facts. *Doc. 15*. To date, Mr. Hampton has not responded to the Court's July 1, 2025 Order, and the time to do so has passed.

---

[1] The Clerk is instructed to update the docket sheet to reflect the correct spelling of the names of Defendants Kathern Schular and Michael Knodei -- Kathren Schuler and Michael Knoedl. *Doc. 12*.

Mr. Hampton has not filed anything in this case since he filed the complaint on March 10, 2025.

IT IS THEREFORE ORDERED THAT:

1. Within 30 days, Mr. Hampton must notify the Court whether he seeks to proceed with this lawsuit.

2. Mr. Hampton is cautioned that his failure to respond to this Court's Order may result in the dismissal of his claims, without prejudice, based on his failure to prosecute this lawsuit. See Local Rule 5.5(c).

SO ORDERED 7 August 2025.

_____
UNITED STATES MAGISTRATE JUDGE