IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALONZO HAMPTON**     **PLAINTIFF**
**ADC #137559**

V.     NO. 4:25-cv-214-DPM-ERE

**KATHREN SHULER,** *et al.*     **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommendation has been sent to United States District Judge D.P. Marshall Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Marshall can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion:**

On March 10, 2025, *pro se* plaintiff Alonzo Hampton filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Mr. Hampton has not filed anything else in this case but his in forma pauperis application and the complaint. *Docs. 1, 2*.

On June 30, 2025, Defendants Kathren Schuler, Micheal Knoedl, and Jordan Ables ("County Defendants") filed a motion for summary judgment, brief in support,

and statement of undisputed facts arguing that Mr. Hampton failed to fully exhaust his administrative remedies regarding his claims against the County Defendants before filing this lawsuit.[1] *Docs. 12, 13, 14*. On July 1, 2025, the Court provided Mr. Johnson until July 28, 2025, to file his response to the County Defendants' motion, including a separate statement of undisputed facts. *Doc. 15*. Mr. Hampton did not respond to the Court's July 28, 2025 Order.

On August 7, 2025, the Court provided Mr. Hampton 30 days to notify the Court whether he seeks to proceed with this lawsuit. *Doc. 16*. The Court specifically cautioned Mr. Hampton that his failure to respond to this Court's Order could result in the dismissal of his claims, without prejudice, based on his failure to prosecute this lawsuit. See Local Rule 5.5(c). To date, Mr. Hampton has not responded to the Court's August 7, 2025 Order, and the time for doing so has passed.

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Hampton's complaint be DISMISSED, without prejudice, based on his failure to: (1) respond to the Court's August 7, 2025 Order; and (2) prosecute this lawsuit.

2. County Defendants' motion for summary judgment (*Doc. 12*) be DENIED, as moot.

---

[1] *Pro se* Defendant Corey is not a party to the pending motion for summary judgment.

3. The Clerk be instructed to close this case.

DATED 10 September 2025.

_____
UNITED STATES MAGISTRATE JUDGE