IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALONZO HAMPTON
ADC #137559                                                                                    PLAINTIFF

v.                         No. 4:25-cv-214-DPM

KATHREN SCHULER, Jail Administrator,
Dallas County Detention Center;
MICHEAL KNOEDL, Sheriff, Dallas
County Detention Center; JORDAN
ABLES, Sheriff Deputy/Bailiff, Dallas
County Detention Center; and COREY,
APN/Nurse, Dallas County Detention
Center                                                                                          DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 17*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Hampton's complaint will be dismissed without prejudice for failure to prosecute. The motion for summary judgment, *Doc. 12*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2025