## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ALONZO HAMPTON
ADC #137559                                                                PLAINTIFF

v.                                    No. 4:25-cv-214-DPM

KATHREN SCHULER, Jail Administrator,
Dallas County Detention Center;
MICHEAL KNOEDL, Sheriff, Dallas
County Detention Center;  JORDAN
ABLES, Sheriff Deputy/Bailiff, Dallas
County Detention Center;  and COREY,
APN/Nurse, Dallas County Detention
Center                                                                    DEFENDANTS

## JUDGMENT

Hampton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_30 September 2025_